In the Matter of the Application of THE DOMBROWER SOCIETY, INC., Respondent, for a Mandamus Order against ELMWIER CEMETERY ASSOCIATION, INC., Respondent. INDEPENDENT ORDER BRITH ABRAHAM, Intervenor, Appellant.— Peremptory mandamus order, directing respondent Elmwier Cemetery Association, Inc., to file and record a deed, unanimously affirmed, with costs against the appellant. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Petition of EARL N. BUFFETT to Compel MINNIE ALICE KERNAN, as Executrix, etc., of ARTHUR T. KERNAN, Deceased, to Account and Render and File Her Account of Proceedings as Such Executrix. MINNIE ALICE KERNAN, as Executrix, etc., of ARTHUR T. KERNAN, Deceased, Appellant; EARL N. BUFFETT, Respondent.— Decree of the Surrogate's Court of Suffolk county, adjudicating the claim of Earl N. Buffett against the deceased's estate at the sum of $9,926.18, including interest, and ordering the executrix to pay the same, modified by eliminating the last paragraph thereof, which directs payment to the claimant, and as so modified unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of HAROLD McKINLEY, Appellant, for an Order of Prohibition against THOMAS C. KADIEN, JR., County Judge of Queens County, and the COUNTY COURT OF QUEENS COUNTY, NEW YORK, Respondents.— Order denying motion for an order of prohibition and for the transfer of trial from the County Court of Queens county to the Supreme Court unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of GEORGE A. WALSH, Appellant, for a Certiorari Order against WILLIAM FELLOWES MORGAN, JR., Commissioner of Public Markets, Weights and Measures of the City of New York, Respondent.— Certiorari to review the removal of the petitioner from the office of supervisor of markets in the city of New York. Determination of the commissioner of public markets, weights and measures annulled, the charges dismissed and the petitioner reinstated in his position as supervisor of the department of public markets as of May 17, 1934, with all the rights theretofore enjoyed by him in that position, with fifty dollars costs and disbursements. The petitioner, an honorably-discharged war veteran, was charged (1) with being improperly absent from his place of employment for from ten to fifteen minutes on the afternoon of May 17, 1934; (2) with being a chronic alcoholic and, by reason thereof, physically and mentally incapable of performing the duties of his position. The petitioner furnished a good excuse for his brief absence from the market and that charge was practically abandoned on the trial. The second charge is not sustained by the record. On the contrary, the greater weight of credible evidence establishes the petitioner's physical and mental fitness for the duties of his position and that there was no dereliction of duty or violation of any rule of the said department. Lazansky, P. J., Hagarty, Scudder and Tompkins, JJ., concur; Davis, J., dissents and votes to confirm.